IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 12 2015

MATTHEW J. DYKMAN
CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 15-2854 MV |
| vs. | ) | 18 U.S.C. §§ 1153, 2244(a)(3) |
| | ) | and 2246(3): Abusive Sexual Contact. |
| **JUAN PENA,** | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about May 25, 2015, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendant, **JUAN PENA,** an Indian, did knowingly engage in and cause sexual contact with Jane Doe, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant, and the sexual contact consisted of the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of Jane Doe, with an intent to abuse, humiliate, harass and degrade and arouse and gratify the sexual desire of the defendant.

In violation of 18 U.S.C. §§ 1153, 2244(a)(3) and 2246(3).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____ 8/6/2015 1:39 PM