| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE ||||||
|---|---|---|---|---|---|
| Before the Honorable Kirtan K. Khalsa ||||||
| United States Magistrate Judge ||||||
| Clerk's Minutes – Initial ||||||
| Date: | 8/20/2015 || Case Number: | 15-CR-2854 MV ||
| Case Title: USA v. | Juan Pena || Liberty: | Gila @ | 10:41 & 11:45 |
| Courtroom Clerk: | K. Dapson || Total Time: | 10 Minutes ||
| Probation/Pretrial: | A. Galaz || Interpreter: | | |
| ATTORNEYS PRESENT: ||||||
| Plaintiff: | Novaline Wilson ||| Defendant: | Pro Se |
| PROCEEDINGS: | ||||||
| ☐ | Defendant Sworn |||||
| ☒ | Defendant received copy of charging document |||||
| ☒ | Defendant advised of rights and penalties |||||
| ☒ | Defendant wants Court appointed counsel |||||
| ☒ | Government moves to detain |||||
| ☒ | Defendant remanded to custody of USMS |||||
| ☐ | Defendant released: |||||
| ☒ | Arraignment/Detention | Pecos || 8/21/2015 | @ 9:30 am |
| ☐ | Other: |||||