# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 AUG 20 AM 9:06

CLERK-ALBUQUERQUE

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| JUAN PENA | ) | Case No. | CR 15-2854 MV |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __JUAN PENA__
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153, 2244(a)(3) and 2246(3):
Crime in Indian Country and Abusive Sexual Contact with a child.

Date: 8/12/2015

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/17/2015, and the person was arrested on *(date)* 8/19/2015
at *(city and state)* San Ildefonso Pueblo, NM.

Date: 8/19/2015

*Arresting officer's signature*

Karen Greene, Special Agent
*Printed name and title*