# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
### ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

Clerk's Minutes | Arraignment/Detention

| Date: | 8/21/2015 | Case Number: | 15-CR-2854 MV |
|---|---|---|---|
| Case Title: USA v. | Juan Pena | Liberty: | Pecos @ 10:48 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 3 Minutes |
| Probation/Pretrial: | A. Galaz | Interpreter: | |

**ATTORNEYS PRESENT:**

| Plaintiff: | Novaline Wilson | Defendant: | Michael Keefe |
|---|---|---|---|

**PROCEEDINGS:**

| | |
|---|---|
| ☐ | First Appearance of Defendant |
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☐ | Meet and Confer: |
| ☒ | Motions due by:9/10/2015 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Judge Vazquez |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☐ | Defendant remanded to custody of USMS |
| ☒ | Defendant released: With conditions |
| ☐ | Other: |