FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 15-02854-MV |
| JUAN PENA, | ) |
| Defendant. | ) |

## CONSENT TO APPEAR BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense with which I am charged, and the maximum possible penalties that might be imposed if I plead guilty.

I have been informed of my right to the assistance of legal counsel and of my right to plead guilty or go to trial with judgment and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.

_2-5-16_
DATE

_[signature]_ JUAN PENA
Defendant

_2/5/16_
DATE

_[signature]_
MICHAEL A. KEEFE
Attorney for Defendant

Before:

_[signature]_
UNITED STATES MAGISTRATE JUDGE