FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 15-02854 MV |
| ) | |
| vs. ) | |
| ) | |
| JUAN PENA, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' PROFFER OF EVIDENCE AT TRIAL

The United States of America hereby submits a proffer of evidence that if this matter were to proceed to trial, the United States would prove through competent and admissible evidence, beyond a reasonable doubt, that the Defendant violated 18 U.S.C. §§ 1153, 2244(a)(3) and 2246(3), that being abusive sexual contact of a minor, a crime that occurred in Indian Country, by the following:

1.  On or about May 25, 2015, the Defendant knowingly engaged in and caused sexual contact as defined in 18 U.S.C. § 2246(3) with Jane Doe.

2.  The sexual act consisted of the intentional touching, either directly or through the clothing, of Jane Doe's breasts, while Jane Doe was sleeping in her bed. The Defendant acted with intent to abuse, humiliate, harass, degrade, arouse and gratify his sexual desire.

3.  At the time of the incident, Jane Doe had attained the age of 12 years, but had not attained the age of 16 years, and was at least four years younger than the Defendant.

4.  The incident occurred in Indian Country, in Santa Fe County, in the District of New Mexico.

5. The Defendant is an Indian as defined by federal law.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Raquel Ruiz-V.*
RAQUEL RUIZ-VELEZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that a true copy of this pleading was provided to Counsel for Defendant on February 5, 2016.

*/s/ RRV*
Raquel Ruiz-Velez
Assistant U.S. Attorney